IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>CHRISTOPHER GARRY ROSS,<br><br>          Defendant. | CR NO: 2:19-CR-00192-MCE<br><br>**FILED**<br>MAR - 5 2020<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY CLERK |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee: CHRISTOPHER GARRY ROSS
Detained at: Sacramento County Jail
Detainee is:   a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
                    charging detainee with: _____
       or     b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.) ☒ return to the custody of detaining facility upon termination of proceedings
       or     b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on March 10, 2020 at 2:00 P.M. in the Eastern District of California.*

Signature:                         /s/ Justin L. Lee
Printed Name & Phone No:           Justin L. Lee, (916) 554-2700
Attorney of Record for:            United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

     The above application is granted and the above-named custodian, as well as the United States Marshal Service for this district, is hereby ORDERED to produce the named detainee, on March 10, 2020 at 2:00 P.M., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   3/5/20                              _____
                                             Honorable Allison Claire
                                             U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | 10176394 | DOB: | --/--/1972 |
| Facility Address: | 651 I Street, Sacramento, CA 95814 | Race: | |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____     _____
                                 (signature)