IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>CHRISTOPHER GARRY ROSS,<br><br>            Defendant. | CR NO: 2:19-CR-00192-MCE |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: CHRISTOPHER GARRY ROSS
Detained at: El Dorado County Sheriff's Office (being held at Sacramento County Jail)
Detainee is:   a.)   ☒ charged in this district by:   ☒ Indictment   ☐ Information   ☐ Complaint
                         charging detainee with: _____
   or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☒ return to the custody of detaining facility upon termination of proceedings
   or   b.)   ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Justin L. Lee
Printed Name & Phone No: Justin L. Lee, (916) 554-2700
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal Service or any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 2-11-20

Honorable Deborah Barnes
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

AKA(s) (if
Booking or CDC #: 10176394
Facility Address: 651 I Street, Sacramento, CA 95814
Facility Phone:
Currently

☒ Male    ☐ Female
DOB: --/--/1972
Race:
FBI#:

## RETURN OF SERVICE

Executed on: _____      _____
                               (signature)