PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GARRY ROSS,<br><br>Defendant. | CASE NO. 2:19-CR-00192-KJM<br><br>UNITED STATES'S MOTION TO DISMISS<br><br>DATE:<br>TIME:<br>COURT: Hon. Kimberly J. Mueller |

**MOTION TO DISMISS**

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the United States moves to dismiss the Indictment as to defendant Christopher Garry Ross.

Dated: May 27, 2022                                        PHILLIP A. TALBERT
                                                           United States Attorney


                                              By:  /s/ JUSTIN L. LEE
                                                   JUSTIN L. LEE
                                                   Assistant United States Attorney